PER CURIAM.
The order denying attorney’s fees is affirmed on authority of Couf v. DeBlaker, 652 F.2d 585 (5th Cir.1981), cert. denied, 455 U.S. 921,102 S.Ct. 1278, 71 L.Ed.2d 462 (1982); and Chiplin Enterprises, Inc. v. City of Lebanon, 712 F.2d 1524 (1st Cir. 1983); see County Line Joint Venture v. City of Grand Prairie, Texas, 839 F.2d 1142 (5th Cir.), cert. denied, 488 U.S. 890, 109 S.Ct. 223, 102 L.Ed.2d 214 (1988); Quinn v. Bryson, 739 F.2d 8 (1st Cir.1984); see also Paul v. Davis, 424 U.S. 693, 96 S.Ct. 1155, 47 L.Ed.2d 405 (1976); Sharrow v. City of Dania, 83 So.2d 274 (Fla.1955). See generally Farrar v. Hobby, — U.S. -, 113 S.Ct. 566, 121 L.Ed.2d 494 (1992).
As to the cross-appeal, we affirm.
Affirmed.